IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOXIE PEST CONTROL, LP, a Texas limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ECHO PEST CONTROL, LLC, a Missouri limited liability company,<br><br>Defendant. | Case No. 8:26-cv-149 |

**COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff Moxie Pest Control, LP ("Plaintiff" or "Moxie Pest Control") for its Complaint and Jury Trial Demand against Defendant Echo Pest Control, LLC ("Echo Pest Control") ("Defendant" or "Echo Pest Control"), states and alleges as follows:

**NATURE OF ACTION**

1. This is an action brought against a pest control company, Echo Pest Control, for its unauthorized use and alteration of Moxie Pest Control's copyrighted materials, including Moxie Pest Control's sales guide. Echo Pest Control received the copyrighted materials from Moxie Pest Control's licensee, who shares a common owner with Echo Pest Control. Echo Pest Control then falsified and altered the copyright management information on the materials, in violation of the Digital Millenium Copyright Act ("DMCA"), inserting its own name in place of, or next to, Moxie Pest Control's. Echo Pest Control infringed Moxie Pest Control's copyright and violated the Digital Millenium Copyright

Act. Moxie Pest Control is entitled to injunctive relief, actual damages, Echo Pest Control's profits, statutory damages, treble damages, and any other available monetary relief.

**THE PARTIES**

2. Plaintiff Moxie Pest Control is a Texas limited partnership, having a principal place of business at 51 East 3990 North Provo, Utah 84604. Moxie Pest Control's partners reside in Utah.

3. Upon information and belief, Defendant Echo Pest Control is a Missouri limited liability company, with its principal place of business located at 3805 S. E. Adams Drive, Blue Springs, Missouri 64014. Upon information and belief, Echo Pest Control operates its business at 7010 N. 97th Circle Plaza, Suite A, Omaha, Nebraska. Upon information and belief, Echo Pest Control's members do not reside in Texas or Utah.

**JURISDICTION AND VENUE**

4. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, et seq. This Court also has diversity jurisdiction of this action under 28 U.S.C. § 1332 because the parties are each citizens of different states, and the controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a) because Echo Pest Control resides in this district, and

a substantial part of the events giving rise to Moxie Pest Control's claims for relief against Echo Pest Control occurred in this district.

6. This Court has personal jurisdiction over Echo Pest Control because Echo Pest Control has sufficient minimum contacts with Nebraska to satisfy due process, including operating an office in this district where its employees used, developed, and altered Moxie Pest Control's copyrighted material; and transacted business, including using Moxie Pest Control's copyrighted materials as a guide to conduct sales in Nebraska.

## FACTUAL ALLEGATIONS

7. Moxie Pest Control owns intellectual property that it licenses to operating companies who offer a comprehensive range of home services, including pest control, throughout the United States.

8. Moxie Pest Control owns all right, title, and interest in its pest control materials, including but not limited to, its sales guide. The sales guide is a step-by-step guide in making door-to-door sales of pest control services.

9. Since at least 2006, Moxie Pest Control and its licensees have used its sales materials nationwide to build and maintain a strong customer pest control services base.

10. Moxie Pest Control owns all right, title, and interest in an original sales guide entitled "Sales Guide" ("Sales Guide").

11. The Sales Guide was registered in the United States Copyright Office under Certificate of Copyright Registration No. TXU001773079

("Registration") on November 14, 2011. At all relevant times, Moxie Pest Control and its predecessor in interest have owned the Registration.

12. Moxie Pest Control published the Sales Guide by licensing it to a number of licensees.

13. The cover page of the Sales Guide bears the copyright management information.

14. The copyright in the Sales Guide was registered within five years of its publication and constitutes prima facie evidence of the validity of the copyright.

15. On information and belief, without Moxie Pest Control's prior knowledge or authorization, Echo Pest Control developed, used and distributed Moxie Pest Control's copyrighted materials, including the Sales Guide, to jumpstart its pest control business.

16. Echo Pest Control had access to Moxie Pest Control's copyrighted materials, including the Sales Guide. Echo Pest Control received copies of them directly from Moxie Pest Control's licensee, Moxie Pest Control of Missouri, LLC ("MPC Missouri"). On information and belief, MPC Missouri and Echo Pest Control share many of the same members, officers, and employees.

17. Echo Pest Control slapped its logo on, and modified portions of the copyright management information on the cover page of the Sales Guide, falsely indicating that Echo Pest Control owned the copyright alongside Moxie Pest Control:

MOXIE PEST CONTROL ECHO PEST CONTROL

# Sales Guide 2016

*"I know of no more encouraging fact than the unquestionable ability of man to elevate his life by conscious endeavor."*
*- Henry David Thoreau*



Copyright © 2015. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of Ryan Waite. This Sales Manual is for the benefit and use of authorized reps only and is the property of Moxie/Echo Pest Control. A $300 penalty fee will be charged to those who do not return this manual to Moxie/Echo Pest Control by August 25th, 2016.

18. Specifically, Echo Pest Control blatantly modified the cover page of the Sales Guide to falsely state (i) Echo Pest Control's agent (rather than Moxie Pest Control's agent), Ryan Waite, could provide authorization to reproduce, distribute, or store the guide; (ii) the Sales Guide is the property of Echo Pest Control; and (iii) Echo Pest Control could assess a penalty fee if unauthorized persons did not return the Sales Guide:

Copyright © 2015. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of Ryan Waite. This Sales Manual is for the benefit and use of authorized reps only and is the property of Moxie/Echo Pest Control. A $300 penalty fee will be charged to those who do not return this manual to Moxie/Echo Pest Control by August 25th, 2016.

19. In addition, throughout the Sales Guide, Echo Pest Control revised all references to "Moxie" to instead refer to "Moxie/Echo" or "Moxie/Echo Pest Control," including but not limited to the following example:

> Congratulations and welcome to the team! You have been selected as part of Moxie/Echo's elite door-to-door sales force. Over the course of the summer you will have the opportunity to work with and be trained by some of the most talented sales representatives in the pest control industry. As a direct result of Moxie/Echo's extensive training program and superior service, we are proud to hold the highest sales average per representative in the nation.

20. Echo Pest Control has no ownership interest in the Sales Guide or Moxie Pest Control's other copyrighted materials.

21. Echo Pest Control is not a licensee of Moxie Pest Control in any manner whatsoever.

22. On information and belief, Echo Pest Control has continued to use the Sales Guide and Moxie Pest Control's other copyrighted materials even after receiving notice of the copyrights at issue.

## FIRST CAUSE OF ACTION

## (Copyright Infringement – 17 U.S.C. § 501)

23. Moxie Pest Control restates and incorporates paragraphs 1 through 22 as though fully set forth herein.

24. Moxie Pest Control's materials, including its Sales Guide, constitute original literary works that are protected pursuant to 17 U.S.C. § 102(a)(1).

25. Echo Pest Control reproduced, prepared derivative works of, and distributed copies of Moxie Pest Control's materials, including the Sales Guide.

26. By reproducing, preparing derivative works, and distributing copies of Moxie Pest Control's copyrighted works, Echo Pest Control has

violated Moxie Pest Control's exclusive rights under 17 U.S.C. §§ 106(1), (2) and (3).

27. Those acts constitute copyright infringement in violation of 17 U.S.C. § 501.

28. On information and belief, Echo Pest Control profits from the sales that are made using Moxie Pest Control's copyrighted materials, including the Sales Guide.

29. On information and belief, Echo Pest Control participated in and/or directly supervised the infringing activities described above.

30. On information and belief, Echo Pest Control performed the above acts of infringement of Moxie Pest Control's copyrights with knowledge of and in disregard of Moxie Pest Control's rights therein.

31. As a direct and proximate result of Echo Pest Control's infringement, Moxie Pest Control has suffered, and will continue to suffer actual damages.

32. On information and belief, Echo Pest Control has realized unjust profits, gains, funds, and advantages as a proximate result of its infringement.

33. Moxie Pest Control is entitled to its actual damages and any gains, profits and advantages obtained by Echo Pest Control as a result of its acts of infringement.

34. Alternatively, as a result of Echo Pest Control's willful conduct, Moxie Pest Control is entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 for each of Moxie Pest Control's

works that Echo Pest Control has infringed, and for such other amount as may be proper.

35. Moxie Pest Control is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

36. Echo Pest Control's actions have irreparably injured Moxie Pest Control. Such irreparable injury will continue, and Moxie Pest Control is without an adequate remedy at law, unless this Court enjoins Echo Pest Control from further violating Moxie Pest Control's rights.

**<u>SECOND CAUSE OF ACTION</u>**

**(Removal or Alteration of Copyright Management Information – 17 U.S.C. § 1202)**

37. Moxie Pest Control restates and incorporates paragraphs 1 through 22 as though fully set forth herein

38. Echo Pest Control has provided copyright management information on the Sales Guide that is false knowingly, and with the intent to induce, enable, facilitate, or conceal infringement, in violation of 17 U.S.C. § 1202(a)(1).

39. The copyright management information on the Sales Guide falsely states (i) the Sales Guide may not be reproduced or distributed, or stored, "without the prior written consent of Ryan Waite," Echo Pest Control's agent, rather than without the authority of Moxie Pest Control's agent; (ii) the Sales Guide is "the property of Moxie/Echo Pest Control," rather than the sole property of Moxie Pest Control and (iii) a penalty fee will be charged if the Sales Guide is not returned "to Moxie/Echo Pest Control by August 25th, 2016,"

rather than stating the Sales Guide should be returned to Moxie Pest Control alone.

40. Echo Pest Control has further, without the authority of Moxie Pest Control or the law, removed and/or altered copyright management information, in violation of 17 U.S.C. § 1202(b)(1).

41. The removal or alteration of copyright management information by Echo Pest Control was intentional.

42. Copyright management information, including but not limited to, the notice of registration of the Sales Guide mark, identifying information about the copyright owner, and terms and conditions for use of the work was removed and/or altered.

43. Echo Pest Control has further, distributed copyright management information, knowing that the copyright management information has been removed or altered without the authority of Moxie Pest Control or the law, in violation of 17 U.S.C. § 1202(b)(2).

44. Echo Pest Control has further, without the authority of Moxie Pest Control, distributed works knowing that copyright management information has been removed or altered without the authority of Moxie Pest Control or the law, in violation of 17 U.S.C. § 1202(b)(3).

45. Pursuant to 17 U.S.C. § 1203, Moxie Pest Control is entitled to relief and remedies for each of Echo Pest Control's multiple violations of the DMCA, including, without limitation, (i) an award of damages pursuant to 17 U.S.C. § 1203, including statutory damages for each violation of 17 U.S.C. §

1202 of $25,000 (and no less than $2,500) per act, or actual damages and all additional profits of Echo Pest Control; (ii) treble damages; (iii) recovery of Moxie Pest Control's costs; (iv) an award of attorneys' fees; (v) an order for remedial modification or destruction of copyrighted materials involved in violation of the DMCA that are in the custody of Echo Pest Control; (vi) temporary and permanent injunctions the Court deems reasonable to prevent or restrain Echo Pest Control's violations of the DMCA; and (vii) an order to impound the materials that are in the custody of control of Echo Pest Control that the Court has reasonable cause to believe were involved in a violation of the DMCA.

**JURY DEMAND**

Moxie Pest Control demands a trial by jury in Omaha, Nebraska on all disputed issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Moxie Pest Control prays for judgment as follows:

1. That a judgment be entered in favor of Moxie Pest Control and against Echo Pest Control;

2. That Echo Pest Control, its officers, directors, principals, agents, employees, successors, assigns, affiliates, and licensees and all that are in active concert or participation with them, be permanently enjoined and restrained from the following:

   a. Infringing Moxie Pest Control's copyrights;

b. Copying, distributing, or otherwise reproducing in whole, or in part, Moxie Pest Control's copyrighted guides and manuals;

c. Falsifying, removing, or altering Moxie Pest Control's copyright management information; and

d. Engaging in any other activity, including the effectuation of assignments or transfers of interests in reproductions, copies, derivative works, or imitations of Moxie Pest Control's copyrighted works, or any other intellectual property of Moxie Pest Control, including the formation of other corporations, partnerships, associations or other entities or the use of any other devices, to circumvent, evade, avoid, or otherwise violate the prohibitions set forth herein.

3. That Echo Pest Control be ordered to destroy or deliver for destruction all materials in its possession, custody, or control, at its own expense, that were used by Echo Pest Control in connection with its infringing conduct, including any copies, reproductions, or derivative works of Moxie Pest Control's manuals and guides;

4. That Moxie Pest Control recover damages, including statutory, compensatory, consequential, and actual damages, and such other relief as provided by law;

5. That Moxie Pest Control be awarded all of Echo Pest Control's profits derived from its wrongful use of the Moxie Pest Control's copyrighted works;

6. For an award of treble damages sustained by Moxie Pest Control pursuant to 17 U.S.C. § 1203(c)(4);

7. For exemplary and punitive damages;

8. That the Court award prejudgment and post-judgment interest on such monetary relief;

9. For an award of reasonable attorneys' fees and costs pursuant to any applicable statute or legal authority; and

10. For such other relief and further relief that Plaintiff may be entitled to at law or in equity.

Respectfully submitted,
MOXIE PEST CONTROL, LP
Plaintiff,

s/ Theresa D. Koller

Theresa D. Koller (NE #22437)
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Ste. 200
Omaha, NE 68144-1105
(402) 397-1700
tkoller@clinewilliams.com

Aaron L. Renfro
L. Lisa Sandoval
(*pro hac vice* applications to be submitted)
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
arenfro@calljensen.com
lsandoval@calljensen.com